# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2025
Lyle W. Cayce
Clerk

No. 24-60654

Nexstar Media Group, Incorporated, KDVR-TV/KWGN-TV,

*Petitioner,*

*versus*

National Labor Relations Board,

*Respondent.*

---

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 27-CA-342708

---

ON PETITION FOR REHEARING EN BANC

Before Dennis, Graves, and Duncan, *Circuit Judges*.

Per Curiam:

  Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.